IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ELITE LOUNGE & GRILLE, INC., TOMMY NGUYEN, and DOUGLAS R. STEFFENSMEIER, <br><br> Defendants. | **8:19CV265** <br><br> **ORDER OF DISMISSAL** |

Pursuant to the parties' Joint Stipulation (Filing No. 11),

**IT IS ORDERED** that the above-captioned case is dismissed with prejudice, with each party to pay its own costs and attorneys' fees. Judgment will be entered by separate document.

Dated this 9th day of September, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge